1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH L. CHANCE,<br><br>     Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>     Defendant. | NO. C13-1516-TSZ<br><br>ORDER REVERSING AND REMANDING COMMISSIONER'S DECISION |

  The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

  (1) The Court adopts the Report and Recommendation.

  (2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

ORDER REMANDING CASE
PAGE - 1

(3)   The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 11th day of July, 2014.

*/s/ Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

ORDER REMANDING CASE
PAGE - 2